**Digital Depo Services, LLC**
Fort Lauderdale, FL 33316
900 SE 3rd Ave.


2013 APR 26  AM 10: 48

Phone: 954-767-6339  Fax: 954-767-6334
E-Mail: billing@digitaldeposervices.com

# Invoice

**Invoice #:** 4405
**Invoice Date:** 4/23/2013
**Due Date:** 4/23/2013
**Terms:** Due on receipt
**P.O. Number:** 7555

Fed. ID # 45-1800693

**Bill To:**

Miami Dade County Attorney
Stephen P Clark Center
111 NW First Street
Suite 2810
Miami, Fl 33128

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Transcript Depo 4 hour Session | 1 | 50.00 | 50.00 |
| Transcript Fee (O+1) | 34 | 3.10 | 105.40 |
| Tab | 2 | 0.75 | 1.50 |
| Shipping & Handling | 1 | 6.00 | 6.00 |

Witness Elliot Gary - Case Name Roberto Valderrama vs Carl Rousseau, et al. - Case No. 11-24637-CIV-COOKE/TURNOFF - Job Number: 7555 - Job Date: 4/8/2013 - Attorney name: Eric Gressman, ESQ

PSD/0603 2229 KM

DATE 5/6/13
OK TO PAY DADE COUNTY
RISK MANAGEMENT
ERIC K. GRESSMAN

Sent to Tort Risk Mgmt. Dept. for payment on:
Date: 5/6/13
RMD#:

Thank you for your Business

Late charge of 1.5% per month will be added to all past due invoices after 60 days from the date of the invoice.
Customer agrees to pay all reasonable attorney's fees and costs incurred arising out or related to the collection of any unpaid invoices.

| | |
|---|---|
| **Total** | $162.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $162.90 |

| 60 Days | 90 Days |
|---|---|
| | |